UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN LUDWIG,

      Plaintiff,

vs.                                  Case No. 3:20-cv-910-MMH-MCR

DB USA CORE CORPORATION,

      Defendant.

_____

## CONSENT FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the filing of the Parties' Stipulation to Final Judgment (Dkt. No. 77), which this Court construed as a joint motion for the entry of a consent judgment and granted on August 21, 2025. See Endorsed Order (Dkt. No. 78). Plaintiff, STEVEN LUDWIG ("Plaintiff"), consents to the entry of this Judgment without further contest.

Accordingly, it is hereby

**ORDERED:**

1. The Clerk of Court is directed to enter Judgment against Plaintiff and in favor of Defendant in the amount of ONE HUNDRED SIX THOUSAND NINE HUNDRED SIXTY-FIVE DOLLARS AND SEVENTY CENTS ($106,965.70), representing the amount of

attorney's fees and costs sought by Defendant as the prevailing party in this lawsuit and its appeal.

2. This case is **DISMISSED with prejudice**.

3. The Clerk of Court is further directed to terminate all pending motions and deadlines as moot, and close the file.

**DONE and ORDERED** in Jacksonville, Florida, this 28th day of August, 2025.

MARCIA MORALES HOWARD
United States District Judge

Copies to:

Counsel of Record